**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION AT COLUMBUS**

| | |
|---|---|
| EVAN MIHOCIK, On behalf of themselves and all similarly situated individuals, | : : : |
| Plaintiffs, | : : CASE NO.: 2:21-CV-4604 |
| v. | : : JUDGE: MICHAEL H. WATSON |
| OPTIONS HOME SERVICES, LLC, | : : |
| Defendant. | : MAGISTRATE: CHELSEA M. VASCURA : : : |

**JOINT SUPPLEMENTAL MOTION TO APPROVE SETTLEMENT**

Named Plaintiff Evan Mihocik ("Named Plaintiff"), on behalf of himself and those similarly situated, and Defendant Options Home Services, LLC, ("Defendant") hereby jointly file their Joint Supplemental Motion to Approve Settlement ("JSM") at the request of the Court pursuant to its March 10, 2023 Opinion and Order. (ECF No. 36)

As instructed by the Court, the Parties submit the following amended documents to supplement their Joint Motion for Settlement Approval and Settlement Notice. (ECF No. 35)

1. Evan Mihocik's Amended Release with the references to a Rule 23 class removed and the addition of the ADEA release explanation. (Ex. A)

2. Eryn Mihocik's Amended Release with the references to a Rule 23 class removed. (Ex. B)

3. Amended Settlement Agreement that specifies that each putative Collective Member will be mailed a Notice and Consent Form and that the returned Consent Forms will be filed on the docket (Ex. C), along with the REDLINE version to show the edits.(Ex. D)

4. Amended Notice that the Settlement Agreement's Exhibit B will be mailed along with the Notice and Consent Form that shows the individual putative Collective Member and the potential settlement payouts of all putative Collective Members (Ex. E), along with the REDLINE version to show the edits. (Ex. F)

No other changes were made.

DATED: March 27, 2023                           Respectfully submitted,

 */s/ Robert E. DeRose*_____          */s/ Tracy L. Turner*__
Robert E. DeRose (0055214)                      Tracy L. Turner (0069927)
Brian R. Noethlich (0086933)                    **THE LAW OFFICE OF TRACY L. TURNER, LLC**
**BARKAN MEIZLISH DEROSE COX, LLP**             7573 Ogden Woods Boulevard
4200 Regent Street, Suite 210                   New Albany, OH 43054
Columbus, OH 43219                              Telephone: (614) 657-3454
Telephone: (614) 221-4221                       tturner@tltlawoffice.com
Facsimile: (614) 744-2300
bderose@barkanmeizlish.com
bnoethlich@barkanmeizlish.com                   *Counsel for Defendants*

*/s/ Adam L. Slone*_____
Adam L. Slone (0093440)
**BRIAN G. MILLER CO., L.P.A.**
250 West Old Wilson Bridge Road, Suite 270
Worthington, OH 43085
Telephone: (614) 221-4035
Facsimile: (614) 987-7841
als@bgmillerlaw.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2023, the foregoing was served on counsel for all parties through this Court's ECF system.

                                                */s/ Robert E. DeRose*_____
                                                Robert E. DeRose

-- 2 --