UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Evan Mihocik,

    Plaintiff,

    v.

Options Home Services, LLC,

    Defendant.

Case No. 2:21-cv-4604

Judge Michael H. Watson

Magistrate Judge Vascura

## OPINION AND ORDER

Per the Court's prior Opinion and Order, ECF No. 36, and the parties' response to the same, ECF No. 37, the Court **APPROVES** the settlement agreement and proposed notice and consent forms. As previously stated, the Court will hold this case open until the notice period has closed and the opt-in forms have been filed on the docket. Counsel shall notify the Court when it is appropriate to close this case.

IT IS SO ORDERED.

_____
MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT